**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **THE BANK OF NEW YORK MELLON,** | § | |
| *formally known as* The Bank of New York, | § | |
| *as Trustee For The Certificateholders of* | § | |
| *the CWABS Inc., Asset-Backed Certificates,* | § | |
| *Series 2006-19, its Successors and/or Assigns* | § | |
| | § | |
| **v.** | § | **NO. 1:12-CV-483** |
| | § | |
| **LAWRENCE J. INGRAM,** *and/or* | § | |
| *all occupants of 7729 Pecan Drive,* | § | |
| *Beaumont, TX 77713* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, pursuant to General Order 05-07. Thereafter, the case was transferred the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. (Doc. No. 8.) Pending before the Court is the Plaintiff's "Motion to Remand." (Doc. No. 4.) The Court has received and considered the report (Doc. No. 26) of the magistrate judge, who recommends that the Court grant the "Motion to Remand" and remand this case to the Justice Court of Jefferson County, Texas, Precinct 1, Place 1. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

It is **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 26) is **ADOPTED** and the Plaintiff's "Motion to Remand" (Doc. No. 4) is **GRANTED**. It is further **ORDERED** that this lawsuit is **REMANDED** to the Justice Court of Jefferson County, Texas, Precinct 1, Place 1.

So **ORDERED** and **SIGNED** this **11** day of **June, 2013.**

_____
Ron Clark, United States District Judge